■ JANICE D. MAZUREK, Respondent, v HOME DEPOT U.S.A., INC., Appellant. (Appeal No. 2.) [755 NYS2d 910] —Appeal from an order of Supreme Court, Erie County (Cosgrove, J.), entered April 23, 2002, which denied defendant's motion to set aside the verdict or, alternatively, for a new trial.

It is hereby ordered that said appeal be and the same hereby is unanimously dismissed without costs (*see Smith v Catholic Med. Ctr. of Brooklyn & Queens*, 155 AD2d 435 [1989]; *see also* CPLR 5501 [a] [1], [2]). Present—Green, J.P., Pine, Hurlbutt and Lawton, JJ.